United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40287
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIGUEL SUPINIO CARRILLO, also known as Juan Carrillo, also
known as Pedro Cujuy-Elias,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-02-CR-542-ALL
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Miguel Supinio Carrillo ("Supinio") appeals his guilty-plea

conviction and sentence for illegal reentry following

deportation.  Supinio argues pursuant to Apprendi v. New Jersey,

530 U.S. 466 (2000), that the "felony" and "aggravated felony"

provisions of 8 U.S.C. § 1326(b)(1) and (2) are elements of the

offense, not sentence enhancements, making those provisions

unconstitutional.  Supinio concedes that this argument is

foreclosed by Almendarez-Torres v. United States, 523 U.S. 224

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

(1998), and he raises it for possible direct review by the Supreme Court.

Supinio's Apprendi argument is foreclosed by Almendarez-Torres, 523 U.S. at 235.  We must follow the precedent set in Almendarez-Torres "unless and until the Supreme Court itself determines to overrule it."  United States v. Dabeit, 231 F.3d 979, 984 (5th Cir. 2000) (internal quotation and citation omitted).

AFFIRMED.